## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

SANTIAGO GONZALES, *on behalf of Himself and all others similarly situated*,

        Plaintiff,

vs.                      Cause No. 1:18-cv-00001-MV-SCY

MASON COMPANIES, INC.,

## STIPULATED ORDER OF DISMISSAL

This matter having come before the court on the parties' Joint Motion for Entry of Order of Dismissal [Doc. 19], and the court having considered the motion, and being advised that all claims have been resolved, finds that the motion is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that all claims that were or could have been brought by Plaintiff against Defendant in this lawsuit are hereby dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Each party will bear its own costs and attorneys' fees.

_____
HONORABLE MARTHA VÁZQUEZ
UNITED STATES DISTRICT JUDGE

Approved and submitted:

**MODRALL, SPERLING, ROEHL, HARRIS & SISK, P.A.**

By: */s/ Jennifer G. Anderson*
Jennifer G. Anderson
Post Office Box 2168 (87103-2168)
500 Fourth Street NW, Suite 1000
Albuquerque, New Mexico 87102
Tel: (505) 848-1800
*jga@modrall.com*
*Attorneys for Defendant*

and

*Approved:*

Law Office of Blake J. Dugger

By:__*Electronic Approval 08-  -18*_____
Blake J. Dugger
1704 Llano St., Ste. B-1064
Santa Fe, New Mexico 87108
Tel: (505) 510-4090
*blakejdugger@gmail.com*
*Attorney for Plaintiff*